## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LARRY G PHILPOT
v. VIVID SEATS LLC,

Case Number: 1:20-cv-~03198

An appearance is hereby filed by the undersigned as attorney for:
Defendant, VIVID SEATS LLC

Attorney name (type or print): Michael R. Turner

Firm: NEAL GERBER & EISENBERG LLP

Street address: 2 North LaSalle, Suite 1700

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6297803
(See item 3 in instructions)

Telephone Number: 312-269-8000

Email Address: mturner@nge.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 04, 2020

Attorney signature: S/ Michael R. Turner
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015