# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 1:20-cv-03198 |
| | § | |
| **VIVID SEATS LLC,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Larry G. Philpot and Defendant Vivid Seats LLC, hereby stipulate to the voluntary dismissal of this lawsuit with prejudice. All costs and attorney's fees will be paid by the party incurring the same.

Respectfully submitted,

**ZLATKIN WONG LLP**

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin, Esq.
Illinois Bar No. 6314344
Zlatkin Wong LLP
4245 N. Knox Ave.
Chicago, Illinois 60641
Tel: (312) 809-8022
Email: ilya@zlatkinwong.com

**ATTORNEY FOR PLAINTIFF**

**NEAL, GERBER & EISENBERG LLP**

/s/ Mike R. Turner
Mike R. Turner, Esq.
Illinois Bar No. 6297803
Neal, Gerber & Eisenberg LLP
2 N. LaSalle St., Ste 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000
Email: mturner@nge.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2021, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing to the following CM/ECF participants:

Mike R. Turner, Esq.
Neal, Gerber & Eisenberg LLP
2 N. LaSalle St., Ste 1700
Chicago, Illinois 60602
Telephone: (312) 269-8000
Email: mturner@nge.com

Attorney for Defendant

                                                                                     /s/ Ilya G. Zlatkin
                                                                                     Ilya G. Zlatkin