# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Larry G. Philpot

                        Plaintiff,

v.                                                Case No.: 1:20−cv−03198
                                                Honorable Robert M. Dow Jr.

Vivid Seats LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of dismissal [18] filed on 1/10/2021, this case is dismissed with prejudice and with each side to bear its own attorney's fees and costs. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.